UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------

| | |
|---|---|
| **UNITED STATES** | Case No.: 1:15-cr-00098KAM / |
| Plaintiff, | 1:14-cr-00652-KAM |
| - against - | |
| **Chaim Gali** | |
| Defendant. | |

-----------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

**To:** ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

I have a case pending and pursuant to Local Rules of this Court, please take notice of the following attorney information change for:

### **MICHAEL M. ELBAZ**

I was admitted before the Bar of this Court on August 31, 2004. My EDNY Bar Code is me5112 and my NYS Bar Registration Number is 3056736. I am the attorney of record for Chaim Gali, the above referenced defendant.

My previous counsel contact information:

Law Office of Michael Elbaz, Esq.
20 Vesey Street, suite 210
New York, NY 10007
(212) 608-4088 (Main)
(212) 608-6262 (fax)

My new counsel contact information:
Law Office of Michael Elbaz, Esq.
260 Madison Avenue, 21st Floor
New York, NY 10016
(212) 608-4088 (Main)
(212) 448-0066 (Fax)

I will continue to be counsel of record on for Chaim Gali on the above titled action.

January 4, 2021

*Michael Elbaz*
Michael Elbaz, Esq.